## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case: 1:24-mj-00009 |
|  | : | Assigned To : Meriweather, Robin M. |
| **v.** | : | Assign. Date : 1/10/2024 |
|  | : | Description: COMPLAINT W/ARREST WARRANT |
|  | : |  |
| **ZYLAS HAMILTON,** | : | **VIOLATIONS:** |
|  | : |  |
| **Defendant.** | : | **18 U.S.C. § 1752(a)(1)** |
|  | : | **(Entering and Remaining in a Restricted** |
|  | : | **Building or Grounds)** |
|  | : | **18 U.S.C. § 1752(a)(2)** |
|  | : | **(Disorderly and Disruptive Conduct in a** |
|  | : | **Restricted Building or Grounds)** |
|  | : | **40 U.S.C. § 5104(e)(2)(D)** |
|  | : | **(Disorderly Conduct in** |
|  | : | **a Capitol Building)** |
|  | : | **40 U.S.C. § 5104(e)(2)(G)** |
|  | : | **(Parading, Demonstrating, or Picketing in** |
|  | : | **a Capitol Building)** |

## ORDER

This matter having come before the Court pursuant to the application of the United States

to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the

disclosure will result in flight from prosecution, destruction of or tampering with evidence, and/

or serious jeopardy to the investigation, the United States has established that a

compelling governmental interest exists to justify the requested sealing.

1.      IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that

the affidavit in support of criminal complaint and other related materials, the instant application to

seal, and this Order are sealed until the arrest warrants are executed.

1

2.      IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the

public docket of the arrest warrant until it is executed.


Date: January 10, 2024

_____

HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE