AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Zylas Hamilton

Defendant

Case: 1:24-mj-00009
Assigned To : Meriweather, Robin M.
Assign. Date : 1/10/2024
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Zylas Hamilton,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly or disruptive conduct in a restricted building or grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, demonstrating, or picketing in a Capitol Building.

Date: 01/10/2024

*Issuing officer's signature*

City and state: Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 01/10/2024, and the person was arrested on *(date)* 01/26/2024
at *(city and state)* BLUE RIDGE, GEORGIA.

Date: 01/26/2024

*Arresting officer's signature*

CHRISTOPHER J. BOWER, SPECIAL AGENT
*Printed name and title*