AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00009 |
| Zylas Hamilton | ) Assigned To : Meriweather, Robin M. |
| | ) Assign. Date : 1/10/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Zylas Hamilton_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly or disruptive conduct in a restricted building or grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, demonstrating, or picketing in a Capitol Building.

Date: 01/10/2024

2024.01.10 16:14:02 -05'00'
*Issuing officer's signature*

City and state: Washington, D.C.        Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/10/2024, and the person was arrested on *(date)* 01/26/2024
at *(city and state)* BLUE RIDGE, GEORGIA.

Date: 01/26/2024

*Arresting officer's signature*

CHRISTOPHER J. BOWER, SPECIAL AGENT
*Printed name and title*

United States District Court
Northern District of Georgia
106 United States Courthouse
121 Spring Street, SE
Gainesville, Georgia 30501

Kevin Weimer                                                                                   (678) 450-2760
Clerk of Court

January 24, 2024

United States District Court
District of Columbia
333 Constitution Ave., N.W.
Room 1225
Washington, D.C. 20001

Clerk's Office:

    Removal proceedings were held in this district on regarding, N.D.Ga. Case No. 2:24-MJ-01-JCF, your Case No. 1:24-MJ-01-RMM.  Enclosed are our documents of said proceedings.

    If you have any questions, please call the Magistrate Courtroom Deputy's Office at (678) 450-2792.

                                   Sincerely,

                                   /s/ Christina Klimenko
                                 Deputy Clerk

Enclosure

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

### 2:24-mj-00001-JCF
### USA v. Hamilton
### Honorable J. Clay Fuller

Minute Sheet for proceedings held In Open Court on 01/26/2024.

TIME COURT COMMENCED: 1:15 P.M.
TIME COURT CONCLUDED: 1:25 P.M.
TIME IN COURT: 00:10
OFFICE LOCATION: Gainesville

TAPE NUMBER: FTR
USPO: Patrick Lifsey
DEPUTY CLERK: Christina Klimenko

| | |
|---|---|
| DEFENDANT(S): | [1]Zylas Hamilton Present at proceedings |
| ATTORNEY(S) PRESENT: | Suzanne Hashimi representing Zylas Hamilton<br>Jennifer Keen representing USA |
| PROCEEDING CATEGORY: | Initial Appearance; Bond hearing |
| PLEADINGS FILED IN COURT: | Financial Affidavit; Waiver of Rule 5 Proceedings |
| MINUTE TEXT: | Initial Appearance held re: removal proceedings; AFPD Suzanne Hashimi appointed; Deft. waives his right to Rule 5 proceedings; Bond hearing held; Deft. released on an OR bond with standard & special conditions of release; Deft. released and ordered to appear in the charging district. |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | CRIMINAL CASE |
| vs | : | NO.: 2:24-MJ-001-JCF |
| | : | |
| ZYLAS HAMILTON | : | |

## ORDER APPOINTING COUNSEL

### SUZANNE HASHIMI

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.** is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Gainesville, Georgia this 26th day of January, 2024.

/s/ J. Clay Fuller
J. Clay Fuller
United States Magistrate Judge

AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   2:24-MJ-01-JCF |
| ZYLAS HAMILTON | ) | Charging District's Case No.   1:24-MJ-09-RMM |
| *Defendant* | ) | |

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[✓] an identity hearing and production of the warrant.

[✓] a preliminary hearing.

[ ] a detention hearing.

[ ] an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   1/26/2024

*Defendant's signature*

*Signature of defendant's attorney*

AFPD Suzanne Hashimi
*Printed name of defendant's attorney*

AO 199A (Rev. 12/11) Order Setting Conditions of Release  Page 1 of __4__ Pages

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | |
| ) | Case No.:   2:24-MJ-01-JCF |
| __ZYLAS HAMILTON__ ) | |
| Defendant ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear:   __District of Columbia__
                                                                            Place

on   __February 8, 2024 at 12:30 p.m. via ZOOM before Judge G. Michael Harvey__
                                                     Date and Time

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 10/20) Additional Conditions of Release                                                                 Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
                  *Custodian*                            *Date*

( X ) (7) The defendant must:
    ( X ) (a) submit to supervision by and report for supervision to the   Pretrial Services Office, Gainesville Division   ,
    telephone number   678-450-2700  , no later than _____.
    ( ☐ ) (b) continue or actively seek employment.
    ( ☐ ) (c) continue or start an education program.
    ( ☐ ) (d) surrender any passport to: _____
    ( ☐ ) (e) not obtain a passport or other international travel document.
    ( X ) (f) abide by the following restrictions on personal association, residence, or travel:   **No travel outside the continental U.S. without Court approval; Deft. shall not be in the District of Columbia except for Court, Pretrial, or consultation with attorney**
    ( ☐ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
    ( ☐ ) (h) get medical or psychiatric treatment: _____
    ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
    ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
    ( X ) (k) not possess a firearm, destructive device, or other weapon.
    ( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
    ( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
    ( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
    ( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
    ( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
        ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or
        ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
        ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
        Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
    ( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
        ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
        ( ☐ ) (ii) Voice Recognition; or
        ( ☐ ) (iii) Radio Frequency; or
        ( ☐ ) (iv) GPS.
    ( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

## ADDITIONAL CONDITIONS OF RELEASE

( X ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( X ) (t) **Advise Pretrial Services of any travel within the U.S. outside of home jurisdiction; Participate in all future court proceedings as directed; Do not commit any of local/state/federal crimes.**

AO 199C   (Rev.12/03)   Advice of Penalties . . .                                           Page ___3___ of ___4___ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

While on release, if you commit a federal felony offense, the punishment is an additional prison term of not more than ten years; if you commit a federal misdemeanor offense, the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) any other sentence you receive.

It is a crime punishable by up to ten years of imprisonment and a $250,000 fine or both to: obstruct a criminal investigation; tamper with a witness, victim or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

Blueridge GA
City and State                                                                 Telephone

## Directions to United States Marshal

(X) The defendant is ORDERED released after processing.
(  ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: January 26, 2024

_____
Signature of Judicial Officer

J. CLAY FULLER, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
__Northern__ District of __Georgia__

United States of America )
v. )
) Case No.    2:24-MJ-01-JCF
__ZYLAS HAMILTON__ )
*Defendant* )

## APPEARANCE BOND

### Defendant's Agreement

I, __ZYLAS HAMILTON__ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( ☒ ) to appear for court proceedings;
    ( ☒ ) if convicted, to surrender to serve a sentence that the court may impose; or
    ( ☒ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☒ ) (1) This is a personal recognizance bond.

( ☐ ) (2) This is an unsecured bond of $ _____ .

( ☐ ) (3) This is a secured bond of $ _____ , secured by:

    ( ☐ ) (a) $ _____ , in cash deposited with the court.

    ( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

_____
_____

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ☐ ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

_____
_____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: 01/26/2024

_____
Defendant's signature

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

CLERK OF COURT

Date: _____

_____
Signature of Clerk or Deputy Clerk

Approved.

Date: 01/26/2024

_____
Judge's signature

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   2:24-MJ-01-JCF |
| | ) | |
| ZYLAS HAMILTON | ) | Charging District:   District of Columbia |
| *Defendant* | ) | Charging District's Case No.   1:24-MJ-01-RMM |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court, District of Columbia | Courtroom No.:  ZOOM |
|---|---|---|
| | | Date and Time:  2/8/2024 12:30 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   1/26/2024

/s/ J. Clay Fuller
*Judge's signature*

J. Clay Fuller, United States Magistrate Judge
*Printed name and title*

CLOSED

# U.S. District Court
## Northern District of Georgia (Gainesville)
## CRIMINAL DOCKET FOR CASE #: 2:24−mj−00001−JCF All Defendants

Case title: USA v. Hamilton

Date Filed: 01/26/2024

Date Terminated: 01/26/2024

Assigned to: Magistrate Judge J. Clay Fuller

**Defendant (1)**

| | | |
|---|---|---|
| **Zylas Hamilton**<br>*TERMINATED: 01/26/2024* | represented by | **Suzanne Hashimi**<br>Federal Defender Program Inc.−Atl<br>Suite 1500, Centennial Tower<br>101 Marietta Street, NW<br>Atlanta, GA 30303<br>404−688−7530<br>Fax: 404−688−0768<br>Email: Suzanne_Hashimi@FD.Org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1752(a)(1) – Knowingly entering or remaining in any restricted building or grounds | |

1

without lawful authority

**Plaintiff**

| USA | represented by | **Jennifer Keen**<br>Office of the United States Attorney−ATL600<br>Northern District of Georgia<br>600 United States Courthouse<br>75 Ted Turner Dr., S.W.<br>Atlanta, GA 30303<br>404−581−6257<br>Email: jennifer.keen@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
|---|---|---|

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/26/2024 | | | Arrest (Rule 40) of Zylas Hamilton (clk) (Entered: 01/26/2024) |
| 01/26/2024 | 1 | | Copy of arrest warrant and complaint filed in District of Columbia as to Zylas Hamilton (Case No. 1:24−MJ−09−RMM). (clk) (Entered: 01/26/2024) |
| 01/26/2024 | 2 | | CJA 23 Financial Affidavit by Zylas Hamilton (clk) (Entered: 01/26/2024) |
| 01/26/2024 | 3 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Suzanne Hashimi for Zylas Hamilton as to Zylas Hamilton Signed by Magistrate Judge J. Clay Fuller on 1/26/2024. (clk) (Entered: 01/26/2024) |
| 01/26/2024 | 4 | | WAIVER of Rule 40 Hearings by Zylas Hamilton (clk) (Entered: 01/26/2024) |
| 01/26/2024 | 5 | | Minute Entry for proceedings held before Magistrate Judge J. Clay Fuller: Initial Appearance held re: removal proceedings; AFPD Suzanne Hashimi appointed; Deft. waives his right to Rule 5 proceedings; Bond hearing held; Deft. released on an OR bond with standard & special conditions of release; Deft. released and ordered to appear in the charging district. (Tape #FTR) (clk) (Entered: 01/26/2024) |
| 01/26/2024 | 6 | | OR Bond on Rule 5(c)(3) Entered as to Zylas Hamilton (clk) (Entered: 01/26/2024) |
| 01/26/2024 | 7 | | ORDER Setting Conditions of Release as to Zylas Hamilton. Signed by Magistrate Judge J. Clay Fuller on 1/26/2024. (clk) (Entered: 01/26/2024) |
| 01/26/2024 | 8 | | ORDER as to Zylas Hamilton directing the defendant to appear as directed in the prosecuting district. Signed by Magistrate Judge J. Clay Fuller on 1/26/2024. (clk) (Entered: 01/26/2024) |
| 01/26/2024 | 9 | | Transmittal of Rule 5(c)(3) Documents as to Zylas Hamilton, sent to District of Columbia electronically. Original case file with copy of Bond and docket sheet. (clk) (Entered: 01/26/2024) |
| 01/26/2024 | | | Magistrate Case Closed. Defendant Zylas Hamilton terminated. (clk) (Entered: |

2

| | | 01/26/2024) | |
|---|---|---|---|